UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
MAWEZA RAZZAQ,

                             Plaintiff,

      -against-

THE CITY OF NEW YORK, DETECTIVE MARK WOODS (Tax Registry No. 926318), DETECTIVE MICHAEL GUZZINO (Tax Registry No. 925602),

                            Defendants.
------------------------------------------------------------------- X

**RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL AND WITHDRAWAL WITHOUT PREJUDICE**

18 CV 2145 (BMC)

      IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties herein, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that any and all claims arising out of the events alleged in the Amended Complaint in this matter that were asserted on behalf of plaintiff MAWEZA RAZZAQ against defendants DETECTIVE MARK WOODS, DETECTIVE MICHAEL GUZZINO, and/or THE CITY OF NEW YORK, including its successors and assignees, and all past and present officials, employees, representatives and agents of the City, are hereby dismissed and discontinued without prejudice, and without costs, expenses, or attorneys' fees to either party.

Dated: New York, New York
       August 7, 2018

MICHAEL F. RUBIN, ESQ.
*Attorney for plaintiff*

By: _____ ("SIGNATURE WITH APPROVAL BY YVETTE GARCIA")
Michael F. Rubin, Esq.
*Attorney for Plaintiff*
225 Broadway, 3rd Floor
New York, New York 10007
(212) 691-9393
mfr@kellyrubin.com

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendants*

By: _____
Evan Brustein
Senior Counsel
Special Federal Litigation Division
100 Church Street, Room 3-147
New York, New York 10007
(212) 356-2651
ebrustei@law.nyc.gov

**SO ORDERED:**

_____
HONORABLE J. BRIAN M. COGAN
United States District Judge